*Attorney General Quinn, Robert S. Erdahl* and *Irving S. Shapiro* for respondent. · 

No. 175, Misc. JOHNSON *v.* HIATT, WARDEN. C. C. A. 3d. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent. 

No. 186, Misc. RITENOUR *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 231, Misc. BAUGH *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 236, Misc. COLIER *v.* MEYER ET AL. Court of Errors and Appeals of New Jersey. Certiorari denied. *Abram A. Golden* for petitioner. 

No. 253, Misc. GAINES *v.* NIERSTHEIMER, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 263, Misc. BIRD *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 277, Misc. TAYLOR *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 280, Misc. SMITH *v.* NEW YORK. Supreme Court of New York, Kings County. Certiorari denied.

No. 281, Misc. SANCHEZ *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 300, Misc. WHEELER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia.